UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV- 22724 JLK

EMILIO PINERO,

    Plaintiff,

v.

Z&M CALUSA CENTER,
L.L.C., KENDALL MIAMI
CO. L.L.C., HOME DEPOT
U.S.A., INC. and FLANIGAN'S
ENTERPRISES, INC.,

Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

    Plaintiff, EMILIO PINERO and Defendant, KENDALL MIAMI CO., L.L.C., hereby stipulate to the dismissal of Kendall Miami Co., L.L.C., from the above-styled action and request the Court to enter an Order dismissing this cause with prejudice, in regard to the Defendant Kendall Miami Co., Inc., only, with each party to bear its own fees and costs.  Plaintiff hereby expressly reserves all of his rights to proceed against the remaining Defendants Z&M Calusa Center, L.L.C., Home Depot U.S.A., Inc. and Flanigan's Enterprises, Inc.

1

CASE NO. 11-CV- 22724 JLK

Dated this 1st day of September, 2011.

Respectfully submitted,

| | |
|---|---|
| **GREENBERG TRAURIG, P.A.** | **Lauren N. Wassenberg, Esq.** |
| *Attorneys for Defendant KENDALL MIAMI CO., L.L.C.* | *Attorney for Plaintiff EMILIO PINERO* |
| 333 Avenue of the Americas | 429 Lenox Avenue, Suite 423 |
| Miami, Florida 33131 | Miami Beach, Florida  33139 |
| Telephone:  (305) 579-0500 | Telephone:  (305)537-3723 |
| Facsimile:  (305) 579-0717 | Facsimile:  (305) 537-3724 |
| | |
| /s/ Robert S. Fine | /s/ Lauren N. Wassenberg, Esq. |
| ROBERT S. FINE | LAUREN N. WASSENBERG, ESQ. |
| Florida Bar No. 155586 | Florida Bar No.  054355 |
| E-Mail:  Finer@gtlaw.com | Email:  WassenbergL@Gmail.com |
| D. PORPOISE EVANS | |
| Florida Bar No. 0576883 | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 1, 2011, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ Lauren N. Wassenberg
Lauren N. Wassenberg

## SERVICE LIST

Robert S. Fine, Esq.
GREENBERG TRAURIG
333 Avenue of the Americas
Miami, FL  33131
Telephone:  (305) 579-0500
Facsimile:  (305) 961-5826
Email:  Finer@gtlaw.com
*Attorneys for Defendant Kendall Miami Co., L.L.C.*