UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22724-CIV-KING

EMILIO PINERO,

    Plaintiff,

vs.

Z&M CALUSA CENTER, L.L.C.,
KENDALL MIAMI CO. L.L.C.,
HOME DEPOT U.S.A., INC. and
FLANIGAN'S ENTERPRISES, INC.,

    Defendants.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT KENDALL MIAMI CO., L.L.C.**

THIS CAUSE came on for consideration upon the Joint Stipulation of Dismissal with Prejudice as to Defendant, Kendall Miami Co., L.L.C. (D.E. #11) filed September 4, 2011, in the above-styled case. The court, having considered the record and being fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED that Defendant, Kendall Miami Co., L.L.C., be and the same is hereby DISMISSED with prejudice from the above-styled action, based on the Joint Stipulation of Dismissal with Prejudice as to this Defendant.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 6th day of September, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:  ***Counsel for Plaintiff:***
Lauren N. Wassenberg, Esq.
429 Lenox Avenue
Suite 423
Miami Beach, FL 33139

***Counsel for Defendant Kendall Miami Co., L.L.C.:***
Robert S. Fine, Esq.
D. Porpoise Evans, Esq.
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, FL 33131

***Counsel for Defendant Flanigan's Enterprises, Inc.:***
H. Clay Roberts, Esq.
Roberts & Durkee P.A.
121 Alhambra Plaza
Suite 1603
Coral Gables, FL 33134