UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**CASE NO. 11-22724 JLK**

EMILIO PINERO,

      Plaintiff,

v.

Z&M CALUSA CENTER, L.L.C.,
KENDALL MIAMI CO. L.L.C., HOME
DEPOT, U.S.A., INC., and FLANIGAN'S
ENTERPRISES, INC.,

      Defendants.
_____/

**NOTICE OF SETTLEMENT**

The Plaintiff Emilio Pinero and the Defendant Home Depot U.S.A., Inc., through undersigned Counsel, hereby notify the Court that they have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff against said Defendant in this lawsuit. The settlement is between Plaintiff and Defendant Home Depot only, and Plaintiff specifically reserves all rights to proceed against the remaining Defendants Z&M Calusa Center, L.L.C. and Flanigan's Enterprises.

The Plaintiff and the Defendant Home Depot U.S.A., Inc. are preparing a formal written settlement agreement and stipulation for dismissal with prejudice.

Dated: November 8, 2011.


Respectfully submitted,

| | |
|---|---|
| LAUREN N. WASSENBERG, ESQ | ROBERT FINE, ESQ. |
| E-mail wassenbergl@gmail.com | Greenberg Traurig P.C. |

| | |
|---|---|
| 429 Lenox Avenue Ste. 4W23 | 333 Avenue of the Americas |
| Miami Beach, Florida 33139 | North Miami, Florida 33131 Suite 4400 |
| Ph:  305-537-3723 | Ph: 305-579-0500 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed to Defendant's counsel on the 8th day of November, 2011 via the CM/ECF online system.

By:   s/Lauren Wassenberg
Lauren Wassenberg, Esq.
Attorney for Plaintiff
429 Lenox Avenue, Suite 4W23
Miami Beach, Fl 33139
Tel. (305) 537-3723