UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV- 22724 JLK

EMILIO PINERO,

        Plaintiff,

v.

Z&M CALUSA CENTER,
L.L.C., KENDALL MIAMI
CO. L.L.C., HOME DEPOT
U.S.A., INC. and FLANIGAN'S
ENTERPRISES, INC.,

        Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT HOME DEPOT U.S.A., INC.

THIS CAUSE came on for consideration upon the Joint Stipulation of Dismissal with Prejudice as to Defendant Home Depot U.S.A., Inc., (D.E. 31) filed November 10, 2011 in the above styled case. The court having considered the record and being fully advised in the premises, it is

ORDERED, ADJUDGED, and DECREED that Defendant Home Depot U.S.A., Inc., be and the same is hereby DISMISSED with prejudice from the above styled action, based on the Joint Stipulation of Dismissal with Prejudice as to this Defendant.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 14 day of November, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: **Counsel for Plaintiff:**
Lauren N. Wassenberg, Esq.
429 Lenox Avenue, Suite 4W23
Miami Beach, FL 33139

**Counsel for Defendant Home Depot U.S.A., Inc.:**
Robert S. Fine, Esq.
Greenberg Traurig P.A.
333 S.E. 2nd Avenue
Miami FL 33133

**Counsel for Defendant Flanigan's Enterprises, Inc. and Z& M Calusa Center, L.L.C.:**
H. Clay Roberts, Esq.
Roberts & Durkee, P.A.
121 Alhambra Plaza
Suite 1603
Coral Gables, FL 33134