UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22724-CIV-KING

EMILIO PINERO,

    Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO FILE PRE-TRIAL STIPULATION**

Z&M CALUSA CENTER, LLC *also known as Z&M Calusa Center, Inc.*,
FLANIGANS ENTERPRISES, INC.,

    Defendant

_____/

    This action came on before the court *sua sponte*. It appearing that the pre-trial stipulation was not filed as required in the pre-trial order. The court, having considered the record and being fully advised in the premises, it is hereby

    ORDERED and ADJUDGED that the complaint be, and it is hereby dismissed for failure to comply with an order of this court, without prejudice to the plaintiff's right to re-file the case under a new case assignment and new case number in the office of the Clerk of the United States District Court. If the case is subsequently re-filed, the attorneys for the plaintiff shall notify the Clerk of Court of this order of dismissal on the civil cover sheet (JS44) in order that the Clerk of Court will assign the newly filed case to the division of the undersigned Judge in accordance with the L.R. FLA 3.9.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building, Miami, Florida, this 3rd day of January, 2012.

*[signature]*

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

## Counsel for Plaintiff:

**Lauren Nicole Wassenberg**
429 Lenox Ave
Suite 4W23
Miami Beach, FL 33139
305-537-3723
Fax: 1-866-519-3748
Email: wassenbergl@gmail.com

## Counsel for Defendant:

**H. Clay Roberts**
Roberts & Durkee PA
121 Alhambra Plaza
Suite 1603
Coral Gables, FL 33134
305-442-1700
Fax: 442-2559
Email: roberts@rdlawnet.com